IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV507 |
| | ) | |
| ALAMANCE COUNTY, NORTH CAROLINA; | ) | |
| ALAMANCE COUNTY SHERIFF'S OFFICE; | ) | |
| and TERRY S. JOHNSON, in his official capacity | ) | |
| as Sheriff of Alamance County, North Carolina, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on a Motion [Doc. #44] filed by the United States seeking to amend its Reply in support of its Motion for Summary Judgment. Defendant Terry Johnson has filed a Response, noting that he does not oppose the Motion. Having considered the Motion, the Court will allow the United States to amend its Reply as requested. The Court will take the remaining motions under advisement and, after consideration of the parties' contentions, will issue a Recommendation as to those remaining matters.

IT IS THEREFORE ORDERED that the Motion to Amend [Doc. #44] is GRANTED.

This, the 23rd day of February, 2012.

                               /s/ Joi Elizabeth Peake
                              United States Magistrate Judge